IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTONIO LENOIR**                                                                 **PETITIONER**
**ADC # 116451**

V.                                      NO.  5:03CV0006

**LARRY NORRIS, Director**
**Arkansas Department of Corrections**                                   **RESPONDENT**

## ORDER

Pending are Petitioner's motion for leave to proceed *in forma pauperis*, docket # 22 and motion for certificate of appealability, docket # 23. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 was denied and judgment was entered on July 19, 2004.  Petitioner now seeks a certificate of appealability under Rule 22(b) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c).

In order for this Court to grant a certificate of appealability, the petitioner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997).  Granting a certificate of appealability requires a demonstration that "a reasonable jurist" would find the district court ruling on the constitutional claim "debatable or wrong." *Tennard v. Dretke*, 542 U.S. 274, 282 (2004).

In this case, Petitioner has failed to make such a substantial showing of the denial of a constitutional right.  Accordingly, for the reasons previously stated in the order dismissing  Petitioner's petition, the motion for certificate of appealability  is denied and Petitioner's motion for leave to proceed in forma pauperis is moot.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
James M. Moody
United States District Judge